UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARR MASSI, Individually and on Behalf of all Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff<br><br>　　- against -<br><br>GEORGE PAPADOPOULOS and KINER'S CORNER, LLC<br><br>　　　　　　　　　　　　Defendants | 17cv2617 (PCG)(JCF)<br><br>**ORDER TO SHOW CAUSE**<br><br> |

Upon the Declaration of James E. Bahamonde, Esq., sworn to the 9th day of August 2018, and upon a copy of the complaint hereto annexed it is **ORDERED** that you appear on _October 10, 2018 at 12:30 p.m._ at the Southern District of New York before Judge Paul G. Gardephe in courtroom 705 of the United States Courthouse, 40 Foley square, New York, NY, and show cause why Plaintiff's application for an entry of default judgment against Defendant Kiner's Corner, LLC, under Rule 55(b)(2) of the Federal Rules of Civil Procedure, should not be granted together with the attorney's fees; and it is further

**ORDERED** that service of this Order to Show Cause and the supporting papers upon all parties be deemed good and sufficient service if made by _overnight mail_ on or before _September 10, 2018_, to the last known address of Defendant Kiner's Corner, LLC. _Opposition papers are to be served and filed by October 3, 2018. Reply papers, if any, are to be served and filed by October 5, 2018._

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　United States District Judge

9/7/18