UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARR MASSI, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

- against -

GEORGE PAPADOPOULOS AND
KINER'S CORNER, LLC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/18

**ORDER OF DEFAULT**

17 Civ. 2617 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS Plaintiff commenced this action on April 11, 2017 by filing the

Complaint (Dkt. No. 1);

WHEREAS Plaintiff filed an Amended Complaint on April 20, 2017 (Dkt. No.

8);

WHEREAS Plaintiff executed service on Defendant Kiner's Corner, LLC on May

1, 2017 (Dkt. No. 13);

WHEREAS Defendant Kiner's Corner LLC, has not filed an answer, moved

against the Complaint, or appeared in this action  (see Certificate of Default (Dkt. No. 36));

WHEREAS this Court ordered Defendant Kiner's Corner, LLC to show cause on

September 7, 2018, why an order for default judgment should not be entered against them (Dkt.

No. 53);

WHEREAS Plaintiff served the Order to Show Cause on Defendant Kiner's

Corner, LLC through priority mail sent on September 13, 2018 (Dkt. No. 27);

WHEREAS Defendant Kiner's Corner, LLC filed no opposition to Plaintiff's

motion for a default judgment and did not appear at the October 10, 2018 hearing;

IT IS HEREBY ORDERED that a default is entered against Defendant Kiner's

Corner, LLC. It is FURTHER ORDERED that this matter is referred to Magistrate Judge Robert

W. Lehrburger for a determination as to (1) appropriate injunctive relief and (2) an award of

attorneys' fees. The Clerk of Court is directed not to close this case.

Dated: New York, New York
     October 10, 2018

                                   SO ORDERED.

                                   Paul G. Gardephe
                                   United States District Judge

2